United States Courts
Southern District of Texas
FILED
JUL 10 2026
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| LAURA BUTTON<br><br>PLAINTIFF,<br><br>V.<br><br>MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., THE WOODLANDS WATERWAY MARRIOTT HOTEL & CONVENTION CENTER (d/b/a), INLAND AMERICAN LODGING ACQUISITIONS, INC. (if confirmed), **and** UNKNOWN OWNER/OPERATOR ENTITIES<br><br>DEFENDANTS | CASE: 4:26-cv-03988<br><br>Plaintiffs' Disclosure Statement |

# DISCLOSURE OF INTERESTED PARTIES

Plaintiff **Laura Button**, proceeding pro se, hereby certifies that, after reasonable inquiry, there are **no persons or entities, other than the named parties to this litigation, that have a financial interest in the outcome of this litigation requiring disclosure.**

Respectfully dated this 5th day of July, 2026,

Laura Button
(pro se)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
laurabuttonprose@gmail.com

CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on July 6th, 2026, Plaintiff mailed was mailed to the Clerk of Court at the Bob Casey U.S. Courthouse, 515 Rusk Avenue, Room 8600, Houston, TX 77002.

Dated this 6th day of July, 2026,

Laura Button