**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA BUTTON,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-3988** |
| | § | |
| **MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., THE WOODLANDS WATERWAY MARRIOTT HOTEL & CONVENTION CENTER (d/b/a), INLAND AMERICAN LODGING ACQUISITION, INC. (if Confirmed), and UNKNOWN OWNER/OPERATOR ENTITIES** | § § § § § § § § | |
| | § | |
| ***Defendants*** | § | |

**PROPOSED SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| 1. | **November 13, 2026** | **MOTIONS TO ADD NEW PARTIES**<br>The attorney causing the addition of new parties will provide copies of this Order to new parties. |
| 2. | **November 13, 2026** | **MOTIONS FOR LEAVE TO AMEND PLEADINGS**<br>Parties filing motions after this deadline must show good cause. |
| | | **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES** |
| 3a. | **January 15, 2027** | The Plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 3b. | **February 15, 2027** | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 4. | **May 21, 2027** | **MEDIATION**<br>Mediation or other form of dispute resolution must be completed by this deadline. |

5. **April 30, 2027**

**COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under Federal Rules of Civil Procedure the response would not be due until after the deadline.

6. **June 25, 2027**

**PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

7. **July 30, 2027**

**JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the Complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8. ________________

**DOCKET CALL**
Docket Call will be held at ___________ in Courtroom________ United States Courthouse, 515 Rusk, Houston, Texas. No Documents filed within 7 days of the Docket Call will be Considered. Pending motions may be ruled on at Docket Call, and the case will be set for trial as close to the Docket Call as practicable.

9. Additional orders relating to disclosures, discovery or pretrial motion:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash or for protection.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

Signed on ____________________________, 2026 at Houston, Texas.

______________________________________
David Hittner
United States District Judge