**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA BUTTON** *Plaintiff* | § § § | |
| vs. | § | **CIVIL ACTION NO. 4:26-cv-3988** |
| **MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., THE WOODLANDS WATERWAY MARRIOTT HOTEL & CONVENTION CENTER (d/b/a), INLAND AMERICAN LODGING ACQUISITION, INC. (if Confirmed), and UNKNOWN OWNER/OPERATOR ENTITIES** *Defendants* | § § § § § § § § § § | |

**NOTICE OF SERVICE OF DEFENDANTS' MANDATORY DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26, Defendants Marriott International Inc. and Marriott Hotel Services, LLC hereby gives notice that on September 3, 2026, they served their Initial Mandatory Disclosures upon all parties of record via e-mail.

Respectfully submitted,

WELLS PEYTON PARTAIN
BALDO & LIGHTY, LLP

DON LIGHTY
Attorney-in-Charge
Texas State Bar No.: 12344600
SD Texas Bar No.: 6067
550 Fannin, Suite 600
Beaumont, Texas 77701
Telephone: (409) 838-2644
Facsimile: (409) 838-4713
Email: dlighty@wellspeyton.com

COUNSEL FOR DEFENDANTS,
MARRIOTT INTERNATIONAL INC. and
MARRIOTT HOTEL SERVICES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent to Plaintiff, Laura Button, pro se, by E-Mail and E-File on this the 3rd day of September, 2026, as follows:

Laura Button *(pro se)*
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Email: laurabuttonprose@gmail.com

DON LIGHTY
*Attorney for Defendants Marriott International, Inc. and Marriott Hotel Services, LLC*