United States District Court
Southern District of Texas
**ENTERED**
September 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Laura Button | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−03988 |
| | § | |
| | § | |
| Marriott International, Inc., et al. | § | |

**<u>MINUTE ENTRY ORDER</u>**

JUDGE: Christina A. Bryan
DATE: September 14, 2026
COURT REPORTER: ERO
TIME: 10:00 AM

The Court conducted the Initial Conference.

Signed on the 14th of September 2026.

Christina A. Bryan
United States Magistrate Judge