**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA BUTTON,** *Plaintiff,* | § § § | |
| **v.** | § | **Civil Action No. 4:26-cv-3988** |
| | § | |
| **MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., THE WOODLANDS WATERWAY MARRIOTT HOTEL & CONVENTION CENTER (d/b/a), INLAND AMERICAN LODGING ACQUISITION, INC. (if Confirmed), and UNKNOWN OWNER/OPERATOR ENTITIES** *Defendants.* | § § § § § § § § § | |

**NOTICE OF SERVICE OF WRITTEN DISCOVERY TO PLAINTIFF**

Pursuant to Federal Rules of Civil Procedure, Defendants Marriott International, Inc. and Marriott Hotel Services, LLC hereby gives notice that on September 17, 2026 , they served Written Interrogatories to Plaintiff and Request for Production to Plaintiff via email.

Respectfully submitted,

WELLS PEYTON PARTAIN
BALDO & LIGHTY, LLP

DON LIGHTY
Attorney-in-Charge
Texas State Bar No.: 12344600
SD Texas Bar No.: 6067
550 Fannin, Suite 600
Beaumont, Texas 77701
Telephone: (409) 838-2644
Facsimile: (409) 838-4713
Email: dlighty@wellspeyton.com

COUNSEL FOR DEFENDANTS,
MARRIOTT INTERNATIONAL INC. and
MARRIOTT HOTEL SERVICES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent to all counsel of record by ECF in accordance with the Federal and Local Rules on this the 17th day of September, 2026, as follows:

Laura Button *(pro se)*
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Email: laura.r.button@gmail.com

______________________________
DON LIGHTY